In the Matter of the Application of HENRY H. MOSES for Letters of Administration of the Estate of CAROLINE H. COOK, Deceased.

WILLIAM H. CALKINS, Appellant; HENRY H. MOSES et al., Respondents.

*Matter of Moses,* 130 App. Div. 893, appeal dismissed.
(Argued April 25, 1910; decided May 3, 1910.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 23, 1908, which affirmed a decree of the Warren County Surrogate's Court granting letters of administration of the estate of Caroline H. Cook, deceased.

The motion was made upon the grounds that the notice of appeal was insufficient; that the appeal was not taken in time and that the appellant had waived his right to appeal.

*Frank B. Wickes* for motion.

*Robert Dornburgh* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.